997 A.2d 328

Carlton F. ANDERSON, Pro Se, Petitioner

v.

The PENNSYLVANIA BOARD OF PROBATION
AND PAROLE and David Diguglielmo,
S.C.I. of Gaterford, Respondents.

No. 19 EM 2010.

Supreme Court of Pennsylvania.

June 28, 2010.

## ORDER

PER CURIAM.

AND NOW, this 28th day of June, 2010, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.